# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1547
LT Case No. 2007-CF-6361-A

_____

IVORY JOSEPH PETERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Ivory Joseph Peterson, Wewahitchka, pro se.

No Appearance for Appellee.


September 12, 2023


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____